IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER STOJANOVIC,,

    Plaintiff,

v.

                                                          Case No.  19-cv-729-bbc

DOUG BELLILE, ANN MORAN,
DANIEL KATTENBRAKER,
LAURA THOMAS, MICHELLE FINGER,
MIKE D. KRAUSE, GREG HOLMES,
GARRET LUTZ, LORI FOX,
DON WEBER, MIKE GARRIGAN,
CORY SMITH, BILL DYNES,
SUZANNE BROWN AND GREG GILES,
,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                                        1/20/2021

Peter Oppeneer, Clerk of Court                        Date