United States District Court for the
Western District of Wisconsin

In re
Peter Stojanovic
    Plaintiff

File No. 19 cv 729 bbc

v

Doug Belille et al
    Defendants

Notice of Appeal to the United States
Court of Appeals for the 7th Circuit

Peter Stojanovic, the plaintiff appeals to the United States Court of Appeals for the 7th Circuit from the Final Judgment of the District Court for the district of Wisconsin entered in this case January 20th 2021 in favor of defendants dismissing this case of Summary Judgment.

The Parties to the Judgement appealed from the names and addresses of their respective attorneys

Kevin L. Grzebielski
Laurie Rakvic-Farr
Assistants Attorney Generals
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Dated March 3rd 2021
Signed Peter Stojanovic
Peter Stojanovic
Pro Se