IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER STOJANOVIC,

      Plaintiff,                              ORDER

v.

DOUG BELLILE, et al,                  19-cv-729-bbc
                                         App. No.  21-01413

      Defendants.

Plaintiff PETER STOJANOVIC has filed a notice of appeal from the court's January 20, 2021 order.  To date, however, plaintiff has not paid the appellate docketing fee.  Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2).  Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff PETER STOJANOVIC may have until April 15, 2021 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2).  Failure to comply as directed may result in the dismissal of this appeal.

Entered this 25th day of March, 2021

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge